# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Christopher C. BURKE
### Seaman (E-3), U.S. Coast Guard

### CGCMS 24940
### Docket No. 1431

### 16 February 2017

Special Court-Martial convened by Commander, Seventh Coast Guard District.  Tried at Seattle, Washington, on 08 April 2015.

| | |
|---|---|
| Military Judge: | CAPT Gary E. Felicetti, USCG |
| Trial Counsel: | LCDR William J. George, USCG |
| Assistant Trial Counsel: | LCDR Kelley L. Stevens, USCG |
| Defense Counsel: | LT Alexandra Nica, JAGC, USN |
| Assistant Defense Counsel: | LT Michael R. Ellis, JAGC, USN |
| Appellate Defense Counsel: | LT Philip A. Jones, USCGR |
| Appellate Government Counsel: | LT Lars T. Okmark, USCGR |

### BEFORE
### McCLELLAND, JUDGE & HERMAN
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of failure to obey lawful order, in violation of Article 92, Uniform Code of Military Justice (UCMJ); and one specification of assault and battery, in violation of Article 128, UCMJ. The military judge sentenced Appellant to confinement for 183 days, reduction to E-1, and a bad-conduct discharge.  The Convening Authority approved the sentence.  The pretrial agreement did not affect the sentence.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

## Decision

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Shelia R. O'Reilly
Clerk of the Court